UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **RICHARD M. GLASS** | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:09-CV-355-JGH |
| | ) | |
| **LARRY J. STEINBERG**, individually | ) | |
| and in his capacity as TRUSTEE U/W | ) | **AGREED ORDER DISMISSING** |
| OF SYLVIA GOLDSTEIN and in his | ) | **AS SETTLED** |
| capacity as TRUSTEE OF SYLVIA | ) | |
| GOLDSTEIN IRREVOCABLE TRUST | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

This matter having come before the Court pursuant to the agreement of all of hte parties hereto, as evidenced by their respective signatures set forth below; and

The Court being advised that the parties have settled this matter according to the terms and conditions of a certain Settlement Agreement and Mutual Release executed by the parties on or about July 22, 2010 ("Settlement Agreement"), which is incorporated herein by reference; and

The Court having reviewed the pleadings, papers and materials of record herein; and

The Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED THAT all claims of whatsoever nature and kind that have been filed or could have been filed in this matter by any party against any other party are hereby dismissed with prejudice. Each party to pay his or its own costs.

**SEEN AND AGREED TO:**

| LYNCH, COX, GILMAN & MAHAN, PSC | SMEDAL, HARRALSON & CROCE |
|---|---|
| By: /s/ Richard Segal | By: /s/ Mark A. Smedal |
|     Richard G. Segal |     Mark A. Smedal |
|     Edward B. Weinberg |     Benjamin S. Harralson |
| 500 West Jefferson Street, Suite 2100 | 600 West Main Street, Suite 100 |
| Louisville, Kentucky 40202 | Louisville, Kentucky 40202 |
| (502) 589-4215 | (502) 540-5700 |
| Counsel for Larry J. Steinberg, individually and as Trustee U/W of Sylvia Goldstein and as Trustee of the Sylvia Goldstein Irrevocable Trust | Counsel for Richard M. Glass |

/s/ Judy Ann Eichenbaum
Judy Ann Eichenbaum
(signed with permission)

/s/ Rita Steinberg
Rita Steinberg
(signed with permission)

/s/ Samuel E. Levinson, Jr.
Samuel E. Levinson, Jr.
(signed with permission)

/s/ Gay L. Harrision
Gay L. Harrison
(signed with permission)